UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-110

No. 23-1620

HAROLD R. BERK,
Appellant

v.

WILSON C. CHOY, MD; BEEBE MEDICAL CENTER INC.;
ENCOMPASS HEALTH REHABILITATION HOSPITAL AND MIDDLETOWN, LLC

(D. Del. No. 1-22-cv-01506)

Present:  KRAUSE and PORTER, Circuit Judges

1.  Motion by Appellant to Take Judicial Notice and for Permission to Include Documents in Joint Appendix;

2.  Response by Appellee Beebe Medical Center to Motion to Take Judicial Notice and for Permission to Include Documents in Joint Appendix;

3.  Joinder by Appellee Wilson C. Choy, MD in Response by Appellee Beebe Medical Center;

4.  Joinder by Appellee Encompass Health Rehabilitation Hospital in Response by Appellee Beebe Medical Center;

5.  Reply by Appellant In Support of Motion to Take Judicial Notice and for Permission to Include Documents in Joint Appendix.

Respectfully,
Clerk/tmm

_____ORDER_____
The foregoing Motion is **GRANTED**.

By the Court,

s/David J. Porter_____
Circuit Judge

Dated: August 21, 2023

Tmm/cc: Audrey J. Copeland, Esq.
Matthew P. Donelson, Esq.
John Elzufon, Esq.
Samuel I. Ferenc, Esq.
R. Stanton Jones, Esq.
Jessica L. Reno, Esq.
Colleen D. Shields, Esq.
Andrew Tutt, Esq